UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| In re: | § | Case No. 18-42279-CAN |
|---|---|---|
| | § | |
| DAVID LINSON SARNO | § | |
| CARLEY JOYE OVERBAY-SARNO | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Victor F. Weber, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $186,993.00 | Assets Exempt: | $26,397.00 |
| Total Distributions to Claimants: | $20,825.97 | Claims Discharged Without Payment: | $879,972.82 |
| Total Expenses of Administration: | $4,014.03 | | |

3) Total gross receipts of $25,600.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $760.00 (see **Exhibit 2**), yielded net receipts of $24,840.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $188,328.00 | $3,499.64 | $3,499.64 | $3,499.64 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,014.03 | $4,014.03 | $4,014.03 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $355,055.00 | $147,834.02 | $147,834.02 | $17,326.33 |
| General Unsecured Claims (from **Exhibit 7**) | $79,112.00 | $315,298.13 | $315,298.13 | $0.00 |
| **Total Disbursements** | $622,495.00 | $470,645.82 | $470,645.82 | $24,840.00 |

4). This case was originally filed under chapter 7 on 08/29/2018. The case was pending for 33 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/25/2021                    By:  /s/ Victor F. Weber
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Advance Dent, LLC $24,840 -tools $500 â€" bank account $100 = Receivable | 1129-000 | $25,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,600.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| DAVID LINSON SARNO AND CARLEY JOYE OVERBAY-SARNO | Funds to Third Parties | 8500-002 | $760.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$760.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Missouri Department of Revenue | 4110-000 | $0.00 | $3,499.64 | $3,499.64 | $3,499.64 |
| | JP Morgan Chase | 4110-000 | $6,511.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Dealer Services | 4110-000 | $10,335.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $171,482.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$188,328.00** | **$3,499.64** | **$3,499.64** | **$3,499.64** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Victor F. Weber, Trustee | 2100-000 | NA | $3,234.00 | $3,234.00 | $3,234.00 |
| Victor F. Weber, Trustee | 2200-000 | NA | $453.78 | $453.78 | $453.78 |
| Pinnacle Bank | 2600-000 | NA | $266.25 | $266.25 | $266.25 |
| Union Bank | 2600-000 | NA | $60.00 | $60.00 | $60.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $4,014.03 | $4,014.03 | $4,014.03 |

UST Form 101-7-TDR (10/1/2010)

| CHARGES |
|---|

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2a | Missouri Department of Revenue | 5800-000 | $0.00 | $11,943.89 | $11,943.89 | $1,399.84 |
| 7a | Internal Revenue Service | 5800-000 | $0.00 | $135,890.13 | $135,890.13 | $15,926.49 |
|  | Internal Revenue Service | 5800-000 | $324,055.00 | $0.00 | $0.00 | $0.00 |
|  | MO Dept of Revenue | 5800-000 | $31,000.00 | $0.00 | $0.00 | $0.00 |
|  | Toni Kenna | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $355,055.00 | $147,834.02 | $147,834.02 | $17,326.33 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TD Bank, USA | 7100-000 | $0.00 | $1,883.10 | $1,883.10 | $0.00 |
| 2b | Missouri Department of Revenue | 7100-000 | $0.00 | $9,159.66 | $9,159.66 | $0.00 |
| 2c | Missouri Department of Revenue | 7300-000 | $0.00 | $1,601.65 | $1,601.65 | $0.00 |
| 3 | LVNV Funding, LLC | 7100-000 | $0.00 | $618.32 | $618.32 | $0.00 |
| 4 | LVNV Funding, LLC | 7100-000 | $0.00 | $1,269.11 | $1,269.11 | $0.00 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $423.39 | $423.39 | $0.00 |
| 6 | Navient Solutions, LLC. on behalf of | 7100-000 | $0.00 | $86,008.10 | $86,008.10 | $0.00 |
| 7b | Internal Revenue Service | 7100-000 | $0.00 | $128,723.79 | $128,723.79 | $0.00 |
| 7c | Internal Revenue Service | 7300-000 | $0.00 | $85,611.01 | $85,611.01 | $0.00 |
|  | Barclays Bank of Delaware | 7100-000 | $1,158.00 | $0.00 | $0.00 | $0.00 |
|  | Comenity Bank | 7100-000 | $573.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  | Credit One Bank | 7100-000 | $493.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
|  | Credit One Bank, NA | 7100-000 | $843.00 | $0.00 | $0.00 | $0.00 |
|  | Dept of Education | 7100-000 | $74,000.00 | $0.00 | $0.00 | $0.00 |
|  | Target National Bank | 7100-000 | $2,045.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $79,112.00 | $315,298.13 | $315,298.13 | $0.00 |

FORM 1 — Page No: 1 — Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 18-42279-CAN | Trustee Name: | Victor F. Weber |
|---|---|---|---|
| Case Name: | SARNO, DAVID LINSON AND OVERBAY-SARNO, CARLEY JOY | Date Filed (f) or Converted (c): | 08/29/2018 (f) |
| For the Period Ending: | 5/25/2021 | §341(a) Meeting Date: | 01/29/2019 |
| | | Claims Bar Date: | 04/06/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 3226 S Gateway Drive Independence MO 64057-0000 | $183,000.00 | $0.00 | | $0.00 | FA |
| 2 | Make: Jeep Model: Wrangler Unlimited Year: 2012 Mileage: 90000 | $13,500.00 | $0.00 | | $0.00 | FA |
| 3 | 2010 Chevy Tahoe Mileage: 150000 | $9,000.00 | $0.00 | | $0.00 | FA |
| 4 | Make: Jeep Model: Cherokee Year: 1996 Mileage: 200000 Other Information: driven by daughter | $500.00 | $0.00 | | $0.00 | FA |
| 5 | kitchen appliances, small appliances, table and chairs, dishes, linens, piano, 2 chairs, couch, library table, pictures, decorations, couch, chair, 4 beds, 4 dressers, lawnmower, household tools, grill, patio furniture | $2,500.00 | $0.00 | | $0.00 | FA |
| 6 | printer, 3 TVs, iPad, DVD player | $700.00 | $0.00 | | $0.00 | FA |
| 7 | 1910 Violin | $100.00 | $0.00 | | $0.00 | FA |
| 8 | bike, eliptical machine | $200.00 | $0.00 | | $0.00 | FA |
| 9 | Smith & Wesson Shield | $250.00 | $0.00 | | $0.00 | FA |
| 10 | Clothing | $200.00 | $0.00 | | $0.00 | FA |
| 11 | Wedding Rings | $1,500.00 | $0.00 | | $0.00 | FA |
| 12 | diamond earrings, diamond necklace, pearl necklace, wedding earrings, diamond band, costume jewelry | $800.00 | $0.00 | | $0.00 | FA |
| 13 | 3 dogs, 2 rabbits, 1 fish | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Cash | $40.00 | $0.00 | | $0.00 | FA |
| 15 | 2 checking accounts and 2 17.1. savings accounts Bank of America | $500.00 | $0.00 | | $0.00 | FA |
| 16 | Advance Dent, LLC $24,840 -tools $500 – bank account $100 = Receivable | $600.00 | $24,840.00 | | $25,600.00 | FA |

**Asset Notes:** Motion to Compromise Controversy #23 - Order #35

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| TOTALS (Excluding unknown value) | $213,390.00 | $24,840.00 | | $25,600.00 | $0.00 |

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page No: 2  
Exhibit 8

| Case No.: | 18-42279-CAN | Trustee Name: | Victor F. Weber |
| Case Name: | SARNO, DAVID LINSON AND OVERBAY-SARNO, CARLEY JOY | Date Filed (f) or Converted (c): | 08/29/2018 (f) |
| For the Period Ending: | 5/25/2021 | §341(a) Meeting Date: | 01/29/2019 |
| | | Claims Bar Date: | 04/06/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

Debtors resumed payments to VFW - sporadic but remitting additional funds to catch up

Reassignment from Gary Barnes

LLC Receivable - payment 7 of 15 as of 12/2/19

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 02/28/2020 |
| **Current Projected Date Of Final Report (TFR):** | 04/30/2021 |

/s/ VICTOR F. WEBER  
VICTOR F. WEBER

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1                Exhibit 9

| Case No. | 18-42279-CAN | Trustee Name: | Victor F. Weber |
|---|---|---|---|
| Case Name: | SARNO, DAVID LINSON AND OVERBAY-SARNO, CARLEY JOYE | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0692 | Checking Acct #: | ******0003 |
| Co-Debtor Taxpayer ID #: | **-***8601 | Account Title: | Sarno, David & Carley |
| For Period Beginning: | 8/29/2018 | Blanket bond (per case limit): | $16,000,000.00 |
| For Period Ending: | 5/25/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/27/2020 | | Gary D. Barnes, Trustee | Transfer of funds from prior trustee | 9999-000 | $11,840.00 | | $11,840.00 |
| 02/24/2020 | (16) | Sarno, Carley and David | Equity Payment on Settlement | 1129-000 | $1,700.00 | | $13,540.00 |
| 05/18/2020 | (16) | David and Carley Sarno | Payment on Settlement | 1129-000 | $2,000.00 | | $15,540.00 |
| 06/01/2020 | (16) | Carley and David Sarno | Payment on Settlement | 1129-000 | $2,000.00 | | $17,540.00 |
| 07/07/2020 | (16) | Carley and David Sarno | Payment on settlement of estate asset | 1129-000 | $2,000.00 | | $19,540.00 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $335.58 | $19,204.42 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($335.58) | $19,540.00 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $27.43 | $19,512.57 |
| 08/21/2020 | (16) | Carley and David Sarno | Payment on property of the estate per settlement | 1129-000 | $2,000.00 | | $21,512.57 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $30.13 | $21,482.44 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $30.90 | $21,451.54 |
| 10/02/2020 | (16) | Carley and David Sarno | Payment for Equity in business | 1129-000 | $2,000.00 | | $23,451.54 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $34.76 | $23,416.78 |
| 11/16/2020 | | David and Carley Sarno | Payment for business equity | * | $2,000.00 | | $25,416.78 |
| | {16} | | Payment for business equity    $1,240.00 | 1129-000 | | | $25,416.78 |
| | {16} | | Debtor Overpayment    $760.00 | 1280-000 | | | $25,416.78 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $35.17 | $25,381.61 |
| 11/30/2020 | 1001 | DAVID LINSON SARNO AND CARLEY JOYE OVERBAY-SARNO | Refund overpayment | 8500-002 | | $760.00 | $24,621.61 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $37.72 | $24,583.89 |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $37.19 | $24,546.70 |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $32.95 | $24,513.75 |
| 04/30/2021 | 1002 | Victor F. Weber | Trustee Compensation | 2100-000 | | $3,234.00 | $21,279.75 |
| 04/30/2021 | 1003 | Victor F. Weber | Trustee Expenses | 2200-000 | | $453.78 | $20,825.97 |
| 04/30/2021 | 1004 | Missouri Department of Revenue | Final Distribution | 4110-000 | | $3,499.64 | $17,326.33 |
| 04/30/2021 | 1005 | Missouri Department of Revenue | Final Distribution | 5800-000 | | $1,399.84 | $15,926.49 |
| 04/30/2021 | 1006 | Internal Revenue Service | Final Distribution | 5800-000 | | $15,926.49 | $0.00 |
| | | | **SUBTOTALS** | | **$25,540.00** | **$25,540.00** | |

**FORM 2**

Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 18-42279-CAN | |
| **Case Name:** | SARNO, DAVID LINSON AND OVERBAY-SARNO, CARLEY JOYE | |
| **Primary Taxpayer ID #:** | **-***0692 | |
| **Co-Debtor Taxpayer ID #:** | **-***8601 | |
| **For Period Beginning:** | 8/29/2018 | |
| **For Period Ending:** | 5/25/2021 | |

| | |
|---|---|
| **Trustee Name:** | Victor F. Weber |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0003 |
| **Account Title:** | Sarno, David & Carley |
| **Blanket bond (per case limit):** | $16,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $25,540.00 | $25,540.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $11,840.00 | $0.00 | |
| | | | **Subtotal** | | $13,700.00 | $25,540.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $13,700.00 | $25,540.00 | |

| For the period of 8/29/2018 to 5/25/2021 | | For the entire history of the account between 01/14/2020 to 5/25/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,700.00 | Total Compensable Receipts: | $13,700.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,700.00 | Total Comp/Non Comp Receipts: | $13,700.00 |
| Total Internal/Transfer Receipts: | $11,840.00 | Total Internal/Transfer Receipts: | $11,840.00 |
| | | | |
| Total Compensable Disbursements: | $24,780.00 | Total Compensable Disbursements: | $24,780.00 |
| Total Non-Compensable Disbursements: | $760.00 | Total Non-Compensable Disbursements: | $760.00 |
| Total Comp/Non Comp Disbursements: | $25,540.00 | Total Comp/Non Comp Disbursements: | $25,540.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3                Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-42279-CAN | Trustee Name: | Victor F. Weber |
|---|---|---|---|
| Case Name: | SARNO, DAVID LINSON AND OVERBAY-SARNO, CARLEY JOYE | Bank Name: | Axos Bank |
| Primary Taxpayer ID #: | **-***0692 | Checking Acct #: | ******0112 |
| Co-Debtor Taxpayer ID #: | **-***8601 | Account Title: | |
| For Period Beginning: | 8/29/2018 | Blanket bond (per case limit): | $16,000,000.00 |
| For Period Ending: | 5/25/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/21/2019 | | Transfer From: #******1323 | Transfer from Acct # xxxxxx1323 | 9999-000 | $10,140.00 | | $10,140.00 |
| 12/02/2019 | (16) | Carley J. Overbay-Sarno | Compromise payment | 1129-000 | $1,700.00 | | $11,840.00 |
| 01/21/2020 | 2001 | Victor Weber, Trustee of the Bankruptcy Estate of David Linson Sarno and Carley | Transfer of Funds to Successor | 9999-000 | | $11,840.00 | $0.00 |
| | | | **TOTALS:** | | $11,840.00 | $11,840.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $10,140.00 | $11,840.00 | |
| | | | **Subtotal** | | $1,700.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,700.00 | $0.00 | |

| For the period of 8/29/2018 to 5/25/2021 | | For the entire history of the account between 01/24/2020 to 5/25/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,700.00 | Total Compensable Receipts: | $1,700.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,700.00 | Total Comp/Non Comp Receipts: | $1,700.00 |
| Total Internal/Transfer Receipts: | $10,140.00 | Total Internal/Transfer Receipts: | $10,140.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $11,840.00 | Total Internal/Transfer Disbursements: | $11,840.00 |

**FORM 2**

Page No: 4    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-42279-CAN | Trustee Name: | Victor F. Weber |
|---|---|---|---|
| Case Name: | SARNO, DAVID LINSON AND OVERBAY-SARNO, CARLEY JOYE | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0692 | Checking Acct #: | ******1323 |
| Co-Debtor Taxpayer ID #: | **-***8601 | Account Title: | |
| For Period Beginning: | 8/29/2018 | Blanket bond (per case limit): | $16,000,000.00 |
| For Period Ending: | 5/25/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/08/2019 | (16) | Carley J. Overbay-Sarno | Compromise payment | 1129-000 | $1,700.00 | | $1,700.00 |
| 03/14/2019 | (16) | Carley J. Overbay-Sarno | Compromise payment | 1129-000 | $1,700.00 | | $3,400.00 |
| 03/25/2019 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,385.00 |
| 04/25/2019 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,370.00 |
| 05/28/2019 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,355.00 |
| 05/29/2019 | (16) | Carley J. Overbay-Sarno | Compromise payment | 1129-000 | $1,700.00 | | $5,055.00 |
| 06/25/2019 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,040.00 |
| 06/28/2019 | (16) | Carley J. Overbay-Sarno | Compromise payment | 1129-000 | $1,700.00 | | $6,740.00 |
| 07/29/2019 | (16) | Carley J. Overbay-Sarno | Compromise payment | 1129-000 | $1,700.00 | | $8,440.00 |
| 08/26/2019 | (16) | Carley J. Overbay-Sarno | Compromise payment Reversal Deposit return notice for insufficient funds. | 1129-000 | $1,700.00 | | $10,140.00 |
| 09/14/2019 | (16) | DEP REVERSE: Carley J. Overbay-Sarno | Compromise payment Reversal Deposit return notice for insufficient funds. | 1129-000 | ($1,700.00) | | $8,440.00 |
| 10/15/2019 | (16) | Carley J. Overbay-Sarno | Compromise payment | 1129-000 | $1,700.00 | | $10,140.00 |
| 01/21/2020 | | Transfer To: #******0112 | Transfer from Acct # xxxxxx1323 | 9999-000 | | $10,140.00 | $0.00 |

|  |  |  | **SUBTOTALS** | | $10,200.00 | $10,200.00 | |

**FORM 2**

Page No: 5    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No. | 18-42279-CAN | Trustee Name: | Victor F. Weber | |
| Case Name: | SARNO, DAVID LINSON AND OVERBAY-SARNO, CARLEY JOYE | Bank Name: | Union Bank | |
| Primary Taxpayer ID #: | **-***0692 | Checking Acct #: | ******1323 | |
| Co-Debtor Taxpayer ID #: | **-***8601 | Account Title: | | |
| For Period Beginning: | 8/29/2018 | Blanket bond (per case limit): | $16,000,000.00 | |
| For Period Ending: | 5/25/2021 | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |
|---|---|---|---|---|
| | TOTALS: | $10,200.00 | $10,200.00 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $10,140.00 | |
| | Subtotal | $10,200.00 | $60.00 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $10,200.00 | $60.00 | |

| **For the period of 8/29/2018 to 5/25/2021** | | **For the entire history of the account between 01/24/2020 to 5/25/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $10,200.00 | Total Compensable Receipts: | $10,200.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,200.00 | Total Comp/Non Comp Receipts: | $10,200.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $60.00 | Total Compensable Disbursements: | $60.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $60.00 | Total Comp/Non Comp Disbursements: | $60.00 |
| Total Internal/Transfer Disbursements: | $10,140.00 | Total Internal/Transfer Disbursements: | $10,140.00 |

**FORM 2**

Page No: 6

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 18-42279-CAN | **Trustee Name:** | Victor F. Weber |
| **Case Name:** | SARNO, DAVID LINSON AND OVERBAY-SARNO, CARLEY JOYE | **Bank Name:** | Union Bank |
| **Primary Taxpayer ID #:** | **-***0692 | **Checking Acct #:** | ******1323 |
| **Co-Debtor Taxpayer ID #:** | **-***8601 | **Account Title:** | |
| **For Period Beginning:** | 8/29/2018 | **Blanket bond (per case limit):** | $16,000,000.00 |
| **For Period Ending:** | 5/25/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $25,600.00 | $25,600.00 | $0.00 |

**For the period of 8/29/2018 to 5/25/2021**

| | |
|---|---|
| Total Compensable Receipts: | $25,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,600.00 |
| Total Internal/Transfer Receipts: | $21,980.00 |
| | |
| Total Compensable Disbursements: | $24,840.00 |
| Total Non-Compensable Disbursements: | $760.00 |
| Total Comp/Non Comp Disbursements: | $25,600.00 |
| Total Internal/Transfer Disbursements: | $21,980.00 |

**For the entire history of the case between 08/29/2018 to 5/25/2021**

| | |
|---|---|
| Total Compensable Receipts: | $25,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,600.00 |
| Total Internal/Transfer Receipts: | $21,980.00 |
| | |
| Total Compensable Disbursements: | $24,840.00 |
| Total Non-Compensable Disbursements: | $760.00 |
| Total Comp/Non Comp Disbursements: | $25,600.00 |
| Total Internal/Transfer Disbursements: | $21,980.00 |

/s/ VICTOR F. WEBER

VICTOR F. WEBER